# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 21-1068

Case Name: Robert Frese v. John M. Formella, in his official capacity

Date of Argument: October 28, 2021

Location of Argument: ☐ Boston  ☐ Puerto Rico  ☑ Other: Remotely

Name and appellate designation of the party(ies) you will be arguing on behalf of:
John M. Formella, Appellee

Attorney Name: Samuel R.V. Garland            First Circuit Bar No.: 1189913

Phone Number: (603) 271-3650                  Fax Number: (603) 271-2110

Email: samuel.rv.garland@doj.nh.gov

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/Samuel Garland                             9/13/2021
(Signature)                                   (Date)