# United States Court of Appeals
## For the First Circuit

No. 21-1068

ROBERT FRESE,

Plaintiff, Appellant,

v.

JOHN M. FORMELLA, in his official capacity as Attorney General of the State of New Hampshire,

Defendant, Appellee.

**JUDGMENT**

Entered: November 8, 2022

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's judgment is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:  Gilles R. Bissonnette, Lawrence Allen Vogelman, John M. Greabe, Henry R. Klementowicz, Brian Matthew Hauss, Emerson Sykes, Anthony J. Galdieri, Samuel R. V. Garland