# United States Court of Appeals
## For the First Circuit

No. 21-1068

ROBERT FRESE,

Plaintiff - Appellant,

v.

JOHN M. FORMELLA, in his official capacity only as Attorney General of the State of New Hampshire,

Defendant - Appellee.

### MANDATE

Entered: November 30, 2022

    In accordance with the judgment of November 8, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gilles R. Bissonnette
Anthony J. Galdieri
Samuel R. V. Garland
John M. Greabe
Brian Matthew Hauss
Henry R. Klementowicz
Emerson Sykes
Lawrence Allen Vogelman